**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com
Email: lrosen@rosenlegal.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MOHAMMED ADAM MIKAEL BIN MUSTAPHA DE WILDE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRIP.COM GROUP LIMITED, JANE JIE SUN, and CINDY XIAOFAN WANG,<br><br>Defendants. | Case No: 26-cv-01420 (NGG) (ST)<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Mohammed Adam Mikael Bin Mustapha De Wilde ("Plaintiff") hereby voluntarily dismisses this action without prejudice against all defendants. No defendant has either answered the complaint or filed a motion for summary judgment in this case. Further, no class has been certified. No compensation in any form has passed directly or indirectly from any of the defendants to Plaintiff or counsel for Plaintiff, and no agreement to give any such compensation has been made.

Dated: May 12, 2026

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ *Phillip Kim*
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*Counsel for Movant and [Proposed] Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2026, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/*Phillip Kim*